# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| WAHIID M. ALAMIIN a/k/a JAMES SHOCKEY, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. CIV-13-1001-F |
| JUSTIN JONES, et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a motion to reconsider the Report and Recommendation (the Report) of Magistrate Judge Charles B. Goodwin. Motion to reconsider at doc. no. 9. Plaintiff appears *pro se* and his pleadings are liberally construed. Accordingly, upon review, plaintiff's motion to reconsider is construed as an objection to the recommended rulings in the Report.

The Report recommends denial of plaintiff's motion to proceed *in forma pauperis*, doc. no. 2, and denial of plaintiff's motion for order directing action, doc. no. 7. Having reviewed plaintiff's objections and the Report *de novo*, the court finds that the Report should be adopted in its entirety and that no further purpose would be served by any further analysis here.

Accordingly, the Report and Recommendation at doc. no. 8 is **ACCEPTED**, **ADOPTED** and **AFFIRMED**, and plaintiff's motions at doc. nos. 2 and 7 are **DENIED**. As recommended in the Report, plaintiff is required to pay the full filing fee within twenty-one days of this order. Absent payment or a showing of good cause for failure to do so, this action will be dismissed without prejudice. As stated in the Report, the magistrate judge will inform the agency having custody of plaintiff of this

court's orders and of the Report and Recommendation. The magistrate judge will advise the agency that it is expected to act in accordance with this court's orders to facilitate submission of the required filing fee on a timely basis.

This action remains referred to the magistrate judge.

Dated this 8th day of November, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-1001p001.wpd